151 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DRITAN JONUZI, DEFENDANT-PETITIONER.

September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001881-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROLANDO TERRELL, DEFENDANT-PETITIONER.

September 28, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-492-11 and A-1593-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.